# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEFFERY EDWARD TITUS,

       Petitioner,

                                              Case No. 06-cv-10770

v.

                                              JUDGE PAUL D. BORMAN

ANDREW JACKSON,                         UNITED STATES DISTRICT COURT

       Respondent.

_____/

## ORDER GRANTING PETITIONER'S
## APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Petitioner has filed an application to proceed *in forma pauperis*. Federal Rule of Appellate Procedure 24(a)(1) provides that a party to a district court action who desires to appeal *in forma pauperis* must file a motion in the district court. An appeal may not be taken *in forma pauperis* if the court determines that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). Here, the Court determines that Petitioner's application to proceed *in forma pauperis* is taken in good faith, and the Court shall therefore grant Petitioner's application.

Accordingly, **IT IS ORDERED** that the Petitioner's application to proceed *in forma pauperis* [Dkt. # 28] is **GRANTED**.

                                                              S/Paul D. Borman
                                                              PAUL D. BORMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated:  September 9, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 9, 2009.

                                                S/Denise Goodine
                                                Case Manager